In the Matter of the Petition of KIRSTINE M. ANDERSEN, Appellant, for the Appointment of Commissioners to Assess Damages to Her Property from a Change of Grade of Jefferson Place in the Town of Eastchester, Respondent.

(Submitted May 31, 1904; decided June 7, 1904.)

Motion for reargument denied, with ten dollars costs. (See 178 N. Y. 416.)

---

EMMA E. MORRELL, as Administratrix of the Estate of WILLIAM R. MORRELL, Deceased, Appellant, *v.* BOSTON AND MAINE RAILROAD, Respondent.

(Submitted May 31, 1904; decided June 7, 1904.)

Motion for reargument denied, with ten dollars costs. (See 177 N. Y. 530.)

---

GEORGE BECKER, Appellant, *v.* ALBERT L. WOARMS et al., Composing the Firm of D. S. HESS AND COMPANY, Respondents.

*Becker* v. *Woarms*, 72 App. Div. 196, appeal withdrawn.
(Argued May 31, 1904; decided June 7, 1904.)

MOTION to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 7, 1902, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

The motion was made upon the ground that the reversal by the Appellate Division was upon questions of fact as well as of law, and, therefore, not reviewable by the Court of Appeals.

*J. Newton Fiero* for motion.

*Eugene Treadwell* opposed.

Motion granted upon the condition that the appellant pay the taxable costs of the appeal in this court, including an argument fee, and ten dollars costs of opposing this motion.